# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

UNITED STATES OF AMERICA,                  :

    v.                                       :          CASE NO.: 7:26-CR-00008 (WLS-ALS)

                                             :

RODERICK COLLINS,                          :

    Defendant.                               :

_____ :

## Order Granting Motion to Continue

Defendant Roderick Collins moves to continue his trial in the interests of justice. (Doc. 43). He seeks a continuance stating that plea negotiations are ongoing and more time is needed so he can make an informed decision on how to best resolve his case. (Doc. 43 at 2). The Court previously continued this case on May 4, 2026. (Doc. 40).

Based on Collins's stated reasons and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Collins in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 43) is **GRANTED**. The trial in the case is **CONTINUED** to the Valdosta Division November 2026 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

    **SO ORDERED**, this 4th day of June 2026.

                    **/s/ W. Louis Sands**
                    **W. LOUIS SANDS, SR. JUDGE**
                    **UNITED STATES DISTRICT COURT**

1